IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>**Plaintiff(s)**<br><br>v.<br><br>LINCOLN FANTASY, <u>et al.</u>,<br><br>**Defendant(s)** | **CIVIL NO.** 03-2277 (JAG) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On February 28, 2005, plaintiff Louis Vuitton Malletier ("LVM") moved for default judgment against Rocky Gonzalez, Jose Rodriguez, Enrique Forty, Antonio De-Jesus-Claudio, Milagros Estrella, Nelson Aponte, Reina Reyes, Eddie Hernandez, Awilda Collazo, Rolando Rodriguez, Jose Martinez-Colon, Yomara Maldonado-Perez, Ramon Reynosa, Rolando Jatib, Choi Kam Wong Tam, Irma Ramirez, Lida Ramirez, Francisco Jimenez, Jose A. Del-Valle, Lisette Varela, Luis Babilonia, Susy Vega, Robert Rodriguez, Jorge Wu, Ana Wu, Yacoug Mahmoud, Cristy Yanize-Nieves, Urayoan Cotto-Perez, Raul Rodriguez, Maribel Ojeda, Jorge Dones, Migdalia Minaya, Lelis R. Santos, Ibiza Show Outlet, Candido Gonzalez, Maria Burgos-Quiles, Mayte Maldonado, Olga Crespo, Yomaris Mejia, Aixa Shoe Outlet, Lucy Cajiga, Susana Barona, Orlando Barona, Nancy Matos-de-Colon (Docket No. 127). On May 6 and 17, 2005, LVM moved to amend the motion for default judgment to also include defendants Juan A. Nieves Colon d/b/a Perfumeria Jeny Jary, Carlos Morell d/b/a Accessories Plaza, Ahmed Shweki Mohammed and Hector Luis Gonzalez d/b/a Migamu Relojeria (Docket No. 161).[1] On September 2, 2005, Magistrate-Judge Gustavo A. Gelpi held a default hearing on damages (Docket No. 190), and on September 8, 2005 he recommended that default judgment be entered against the above-named defendants (Docket No. 191).

Because no objections were filed within the prescribed time period, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Court will enter default judgment against the

---

[1] This motion also requested the entry of default judgment against Tito Morales d/b/a Paris Bags. However, the Magistrate-Judge Stayed his Report and Recommendation against Tito Morales (Docket No. 199).

Civil No.  03-2277 (JAG)                                                2

above-named defendants in the amounts of damages recommended by Magistrate-Judge Gelpi.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 31st day of October 2005.

                                              <u>S/Jay A. Garcia-Gregory</u>
                                              JAY A. GARCIA-GREGORY
                                              United States District Judge