IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LOUIS VUITTON MALLETIER,<br><br>    **Plaintiff(s)**<br><br>           **v.**<br><br>LINCOLN FANTASY, <u>et al.</u>,<br><br>    **Defendant(s)** | **CIVIL NO**. 03-2277 (JAG) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Justo Arenas on July 9, 2007. (Docket No. 314). In said Report and Recommendation the Magistrate-Judge recommends that the motion filed by plaintiff Louis Vuitton Malletier ("LMV"), to enforce judgment against non-party Mr. Peter Ortiz, be granted. (Docket No. 287).

Neither party filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by this Court's Local Rules. See D.P.R. Local Civ. R. 72(d).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety and accordingly, **GRANTS** LMV's motion. Mr. Peter Ortiz is personally held liable and bound to pay Luis Vuitton Malletier the amount of $100,000 for damages plus costs, reasonable attorney's fees and post judgment interests, pursuant to the Judgment issued on July 27, 2006 (Docket No. 277).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of July 2007.

                                    S/Jay A. Garcia-Gregory
                                    JAY A. GARCIA-GREGORY
                                    United States District Judge